UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, <br> an individual, <br><br> Plaintiff, <br> vs. <br><br> PIKE PLAZA BDR, LLC, <br> an Indiana Limited Liability Company, <br><br> and <br><br> DAVID GTO, LLC, <br> an Indiana Limited Liability Company, <br> Defendants. | CASE NO.: 1:17-cv-00784-TWP-MJD |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that claims against Defendant David GTO, LLC are dismissed and this action is hereby dismissed with prejudice.

**DONE AND ORDERED**

Date: 8/25/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF

1